**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00486-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ROLAND ANDREW STEELE,

      Defendant.

---

**MINUTE ORDER[1]**

---

      On November 28, 2011, the court was contacted by counsel for the parties in this matter requesting a date for a supervised release violation hearing.  After conferring with counsel and by agreement of all, a Supervised Release Violation Hearing is set for **March 2, 2012, at 1:30 p.m.**, at which counsel and the defendant shall appear without further notice or order.

      Dated:  November 28, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.